AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

ELIAS ABAD a/k/a
Gregorio GARCIA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1618-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _ELIAS ABAD a/k/a Gregorio GARCIA_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
making false statements in an application for a U.S. Passport

in violation of
Title _18_ United States Code, Section(s) _1542_

Charles B. Swartwood III
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

02-03-2004    Boston, MA
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY US Dept of State
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/18/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.