AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

**APPEARANCE**

Case Number: 04-1418CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Elias Abad

I certify that I am admitted to practice in this court.

2/18/04
Date

Signature: Jeffrey B Rubin

Print Name: Jeffrey B Rubin  (active Federal)     Bar Number

Address: 175 Federal Street Suite 507

City: Boston     State: MA     Zip Code: 02110

Phone Number: 617-367-0077     Fax Number: 617-367-0071