UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10073-WG |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. § 1542 -- |
| | ) | Passport Fraud |
| ELIAS ABAD a/k/a | ) | |
| GREGORIO GARCIA | ) | |

INFORMATION

COUNT ONE:    (18 U.S.C. § 1542 -- Passport Fraud)

The United States Attorney charges that:

On or about May 17, 2003, at Boston, in the District of Massachusetts,

ELIAS ABAD, a/k/a GREGORIO GARCIA,

defendant herein, did willfully and knowingly make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DONALD L. CABELL
Assistant U.S. Attorney

Date: March 16, 2004