UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10073-NG |
| | ) | |
| v. | ) | |
| | ) | |
| ELIAS ABAD a/k/a | ) | |
| GREGORIO GARCIA | ) | |

**MOTION TO SCHEDULE PLEA HEARING**

The defendant has agreed to plead to the Information previously filed in this case. The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the court schedule a plea hearing at the earliest practicable date.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

BY: /s/Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3105