AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

04-10073 NG

CASE NUMBER: 04-M-1618-CBS

I, __Elias Abad__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 30, 2005__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Elias E. Abad_
Defendant

_Jeffrey Brau_
Counsel for Defendant

Before _____ 6/30/05
Judicial Officer