UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>) Criminal No. 04-10073-NG<br>)<br>ELIAS ABAD )<br>  Defendant )<br>)<br>) | |

MOTION FOR CONTINUANCE

NOW COMES, Elias Abad, by and through undersigned counsel, and hereby requests this Honorable Court continue his sentencing hearing to a later date.

Undersigned counsel respectfully requests this matter be continued to allow more time in preparation of the rulings of law and findings of fact in connection with this matter.

For the above reason, defendant, by and through undersigned counsel, hereby prays this Honorable Court grant this Motion for Continuance.

Respectfully submitted:

_____
Jeffrey B. Rubin, BBO# 640964
Rubin and Mann, P.C.
One Center Plaza, Suite 230
Boston, MA 02108
Tel.: 617.367.0077
Fax: 617.367.0071

Date: September 13, 2005

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rubin of Rubin and Mann, PC, One Center Plaza, Suite 230, Boston, Massachusetts 02108, do hereby certify that a true and accurate copy of this Motion for Continuance has been delivered to:

**Donald L. Cabell**
**Assistant U.S. District Attorney**
**John Joseph Moakley US Courthouse**
**Suite 9200**
**Boston, Massachusetts 02210**

**Jo Lyness**
**U.S. Probation Officer**
**United States Courthouse**
**One Courthouse Way, Suite 1200**
**Boston, Massachusetts 02210**

Date: September 13, 2005

_____
Jeffrey B. Rubin, BBO# 640964
Rubin & Mann, PC
One Center Plaza, Suite 230
Boston, MA 02108
Tel.: 617.367.0077
Fax: 617.367.0071