Prob12A
(7/93)

## United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

Name of Offender: Elias Abad                                    Case Number: 04-10073-NG

Name of Sentencing Judicial Officer: Honorable Nancy Gertner, U.S. District Judge

Date of Original Sentence: 1/9/06

Original Offense: Passport Fraud, in violation of 18 U.S.C. 1542

Original Sentence: 3 years probation

Type of Supervision: Probation                                  Date Supervision Commenced: 1/9/06

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | Violation of Mandatory Condition #1: **The defendant shall not commit another federal, state, or local crime.** |

On 5/7/07, the defendant was cited by the Boston Police Department for the following motor vehicle violations; Uninsured Motor Vehicle; Falsely Attaching Plates; and Allowing an Unregistered Motor Vehicle to Remain on a Public Way. The defendant has since obtained proper registration and insurance for this motor vehicle.

On 7/6/07, the Boston Municipal Court dismissed these violations and charged the defendant $100 in court costs. The defendant is to pay the court costs in full by 8/7/07, and by doing so, the case will be closed.

U.S. Probation Officer Action:
Given that the charges against the defendant are dismissed (pending his payment of court costs), the Probation Department is not seeking any action at this time. If the defendant fails to pay these court costs and/or the matter is reopened for any reason, we will notify Your Honor at that time.

Reviewed/Approved by:                                    Respectfully submitted,

Brian McDonald                                     By    John G. Marshall
Supervising U.S. Probation Officer                       U.S. Probation Officer
                                                         Date: 7/23/07

[✓]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer