

# MEMORANDUM

**To:**   The Honorable Nancy Gertner
         U.S. District Judge

**From:** Michael J. Galluzzo
         U.S. Probation Officer

**Re:**   ABAD, Elias
         Dkt.# 04-CR-10073

**Date:** July 15, 2008

On 1/9/06, the above-captioned individual appeared before Your Honor having previously pled guilty to Passport Fraud in violation of 18 U.S.C. § 1542. He was sentenced to 3 years Probation which commenced on 1/9/06. The purpose of this memo is to update Your Honor of the current status of this case and to request permission for Mr. Abad to travel to the Dominican Republic to visit with his family.

At this time, our office reports that there are no supervision issues. Mr. Abad has paid the special assessment fee imposed at the time of sentencing. Furthermore, our office is in receipt of written verification from the Consulate General's Office for the Dominican Republic indicating that there are no objections to his traveling there.

The Probation Department has no objection to Mr. Abad's requested travel. Please indicate with a response and signature below.

Reviewed/Approved by:

Brian McDonald
Supervising U.S. Probation Officer

_____ ✓ I concur
_____ I do not concur

The Honorable Nancy Gertner
U.S. District Judge

7/23/08
Date